UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | Case No. 3:22-CV-336 |
|---|---|
| v. | |
| MARLIN FIREARMS CO. MODEL 795, .22 CALIBER RIFLE, SERIAL NO: MM90180I | Judges _____ / _____ |

## WARRANT OF ARREST *IN REM*

TO:    The United States Marshal for the Eastern District of Tennessee and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

On September 26, 2022, the United States of America filed a Verified Complaint *in Rem* for civil forfeiture, including the Affidavit of Thomas Calhoon, Special Agent, Federal Bureau of Investigation, in the United States District Court for the Eastern District of Tennessee against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the Complaint.

The following defendant property is in the possession of the United States:

    Marlin Firearms Co. Model 795, .22 Caliber Rifle, Serial No: MM90180I.

In these circumstances, the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i) directs the Clerk of the Court to issue a warrant to arrest the property if it is in the government's possession, custody or control.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *in Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other

United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon who copies were served and the manner employed.

IN WITNESS WHEREOF, I, LeAnna R. Wilson, Clerk of the United States District Court for the Eastern District of Tennessee, have caused the foregoing Warrant of Arrest *in Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of the Court at Knoxville, Tennessee, this 27 day of September, 2022.

                                      LeAnna R. Wilson
                                      Clerk of the Court
                                      United States District Court

By: _____
       Deputy Clerk

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by

_____ on the ___ day of _____, 2022.

_____
U.S. Deputy Marshal or other person serving warrant

3