UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>2012 FORD FUSION, TN LICENSE PLATE 544BDSY, VIN: 3FAHP0HA5CR401906; AND<br><br>2006 GMC SIERRA, TN LICENSE PLATE 1U82V9, VIN: 1GTEC19T46Z147636. | Case No. 3:22-CV-336-KAC-JEM<br><br>Judges Crytzer / McCook |

## **WARRANT OF ARREST *IN REM***

TO: The United States Marshal for the Eastern District of Tennessee and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

On September 26, 2022, the United States of America filed a Verified Complaint *in Rem* for civil forfeiture in the United States District Court for the Eastern District of Tennessee against the defendant properties, alleging that the properties are subject to seizure and civil forfeiture to the United States for the reasons alleged in the Complaint.

The Court, having reviewed the Verified Complaint *in Rem*, the Government's Application for Warrant of Arrest *in Rem*, including the Affidavit of Thomas Calhoon, Special Agent, Federal Bureau of Investigation, and the Supplemental Affidavit of Thomas Calhoon, Special Agent, Federal Bureau of Investigation, finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the defendant properties, which are not presently in the Government's possession, custody or control or subject to a judicial restraining order, are subject to forfeiture pursuant to 18 U.S.C. §§ 844(c) and 981(a)(1)(G)(iii).

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *in Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

By: _____
KATHERINE A. CRYTZER
United States District Judge

RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by

_____ on the \_\_\_ day of _____, 2022.


_____
U.S. Deputy Marshal or other person serving warrant