

FILED
OCT 31 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) 2012 FORD FUSION, TN LICENSE PLATE 544BDSY, VIN: 3FAHP0HA5CR401906;<br><br>(2) 2006 GMC SIERRA, TN LICENSE PLATE 1U82V9, VIN: 1GTEC19T46Z147636; AND<br><br>(3) MARLIN FIREARMS CO. MODEL 795, .22 CALIBER RIFLE, SERIAL NO: MM90180I | Case No. 3:22-CV-336<br><br>Judges Crytzer / McCook |

## MOTION TO UNSEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, moves this Honorable Court to unseal this case and all documents in the above-styled case. The Warrant of Arrest *in Rem* for VEHICLE 1 and VEHICLE 2 has been executed and the reasons for sealing the documents in the above-styled case are no longer applicable.

WHEREFORE, United States respectfully requests that this case and all documents in the case be unsealed.

Respectfully submitted this 31st day of October, 2022.

                                            FRANCIS M. HAMILTON III
                                            UNITED STATES ATTORNEY

                    By:   *s/ Casey T. Arrowood*
                           Casey T. Arrowood
                           Assistant U.S. Attorney
                           TN BPR No. 038225
                           800 Market Street, Suite 211
                           Knoxville, TN 37902
                           (865) 545-4167
                           Casey.Arrowood2@usdoj.gov