FILED
OCT 3 1 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

(1) 2012 FORD FUSION, TN LICENSE PLATE 544BDSY, VIN: 3FAHP0HA5CR401906;

(2) 2006 GMC SIERRA, TN LICENSE PLATE 1U82V9, VIN: 1GTEC19T46Z147636; AND

(3) MARLIN FIREARMS CO. MODEL 795, .22 CALIBER RIFLE, SERIAL NO: MM90180I

Case No. 3:22-CV-336

Judges Crytzer / McCook

## ORDER TO UNSEAL

Upon motion of the United States and for good cause shown, it is hereby ORDERED that this case and all documents in the above-styled case be unsealed.

ENTER:

JILL E. MCCOOK
United States Magistrate Judge