UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
OCT 3 1 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA

v.

2012 FORD FUSION, TN LICENSE PLATE
544BDSY, VIN: 3FAHP0HA5CR401906; AND

2006 GMC SIERRA, TN LICENSE PLATE
1U82V9, VIN: 1GTEC19T46Z147636.

Case No. 3:22-CV-336-KAC-JEM

Judges Crytzer / McCook

## WARRANT OF ARREST *IN REM*

TO: The United States Marshal for the Eastern District of Tennessee and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

On September 26, 2022, the United States of America filed a Verified Complaint *in Rem* for civil forfeiture in the United States District Court for the Eastern District of Tennessee against the defendant properties, alleging that the properties are subject to seizure and civil forfeiture to the United States for the reasons alleged in the Complaint.

The Court, having reviewed the Verified Complaint *in Rem*, the Government's Application for Warrant of Arrest *in Rem*, including the Affidavit of Thomas Calhoon, Special Agent, Federal Bureau of Investigation, and the Supplemental Affidavit of Thomas Calhoon, Special Agent, Federal Bureau of Investigation, finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the defendant properties, which are not presently in the Government's possession, custody or control or subject to a judicial restraining order, are subject to forfeiture pursuant to 18 U.S.C. §§ 844(c) and 981(a)(1)(G)(iii).

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *in Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

By: *[signature]*
KATHERINE A. CRYTZER
United States District Judge

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _Christy Scalise_ by _hand_ on the _28_ day of _October_, 2022.

_T. Calhoun_
U.S. Deputy Marshal or other person serving warrant

T. Calhoun, FBI Knoxville

– See attached property receipt for Christy Scalise

**FILED**

OCT 3 1 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

3

FD-597 (Rev 8-11-94) Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266J-KX-3588768

On (date) 10/28/2022

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Christy Scalise
(Street Address) 102 Goldenview ln
(City) Oak Ridge, TN 37830

Description of Item(s): 2006 GMC Sierra, TN license plate 1U82V9, VIN 1GTEC19T462147636

FILED
OCT 31 2022
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Received By: _____ (Signature)
Received From: _____ (Signature)

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving ___Cindy Reno___ by ___Hand___ on the _28_ day of ___October___, 2022.

_____/s/_____ /TFO John Hanson
U.S. Deputy Marshal or other person serving warrant

— See attached property receipt for Cindy Reno

**FILED**

OCT 3 1 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

FD-597 (Rev. 4-13-2015) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 266J-KX-3588768

On (date) October 28, 2022 item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Cindy Reno
(Street Address) 230 Fieldcrest Drive
(City) Jefferson City, TN 37760

Description of Item(s): 2012 Ford Fusion
TN Plate Number: 544BDSY
VIN: 3FAHP0HA5CR401906

FILED
OCT 31 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

NFE/JH

Received By: (Signature) 10:47 AM    Received From: (Signature)

Printed Name/Title: TFO Jeff Harmon    Printed Name/Title: Cindy Reno
Refused to sign